United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF HMM CO. LTD,<br><br>Applicant. | Case No. 21-mc-80113-LB<br><br>**ORDER DENYING EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**<br><br>Re: ECF No. 1 |

HMM Co. Ltd., a shipping company, applied ex parte under 28 U.S.C. § 1782 for discovery about a shipping accident in which over 1,800 shipping containers, including HMM containers, were lost overboard from the ship. HMM now faces litigation in Korea and seeks discovery for use in those proceedings.[1]

HMM filed an application on May 7, 2021, contending that the ship involved in the accident was docked or anchored in or around the San Francisco Bay and/or the Port of Oakland.[2] On May 11, 2021, the ship departed Oakland for China. It is no longer in this district.[3] On May 28, 2021, on a motion by the ship's owners, which was not opposed by HMM, the court related this action to

---

[1] Application – ECF No. 1 at 6–8. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] *Id.*

[3] *In re Roanoke Ins. Grp., Inc.*, No. 8:21-mc-80110, ECF No. 10-1 at 3 (¶ 15).

ORDER – No. 21-mc-80113-LB

1 *In re Application of Hapag-Lloyd Aktiengesellschaft*, which was already pending before this court.
2 This case was then re-assigned to this court.[4] On June 14, 2021, the court related *In re Roanoke*
3 *Insurance Group, Inc.* as well.[5]

4 HMM seeks to obtain discovery from the ship and its owners under 28 U.S.C. § 1782. Its
5 application is based on the ship's presence in this district, in the San Francisco Bay, but the ship
6 left the Bay soon after HMM filed its application.[6] This means that the requirements of § 1782 are
7 not met. 28 U.S.C. § 1782 (permitting a court to order discovery in "the district in which a person
8 resides or is found"). Because the ship is not "found" in this district, the court denies HMM's
9 application and orders this case administratively closed.

**IT IS SO ORDERED.**

Dated: June 18, 2021

LAUREL BEELER
United States Magistrate Judge

---

[4] Unopposed Admin. Mot. – ECF No. 9; Order Relating Case – ECF No. 11.
[5] *In re Roanoke*, ECF No. 28.
[6] Application – ECF No. 1 at 7–8, 15; *In re Roanoke*, ECF No. 10-1 at 3 (¶ 15).